# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 14-25032-CMB |
| Richard Scott Wetzel | : | Chapter 13 |
| | : | |
| Debtor(s) | : | |

## NOTICE OF
## CHANGE OF ADDRESS

Undeliverable Address

    Creditor Name:    Midland Funding
    Incorrect Address:    8875 Aero Drive, Suite 200
                             San Diego, CA 92123-2255

Corrected Address:

    Creditor Name:    Midland Funding LLC
    Correct Address:    P.O. Box 939069
                             San Diego, CA 92123-9069

Dated: December 22, 2016

/s/David A. Colecchia, Esquire
Electronic Signature of Debtor(s)' Attorney
Law Care
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
724-837-2320
PA Bar I.D. 71830
dcolecchia@my-lawyers.us