Case 14-25032-CMB    Doc 144    Filed 04/04/17    Entered 04/04/17 11:45:33    Desc Main
                              Document       Page 1 of 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: Richard Scott Wetzel | Case No. 14-25032-CMB |
| Debtors, | Related to Docket Document No. 126, 131 |
| Richard Scott Wetzel and Ronda Winnecour, | |
| Chapter 13Trustee, | Docket Document No. 144 |
| xxx-xx-1887 | |
| Movants, | Fourth Amended Motion WO-1 |
| V. | |
| CPS Construction Group, Inc | |

## CERTIFICATE OF SERVICE

I, David A. Colecchia, Esquire, of Law Care, 324 South Maple Ave., Greensburg, PA 15601, 724-837-2320 certify that I am at all times herein mentioned more than 18 years of age and that on the 7th day of December 2016, I served a copy of the Executed Wage Attachment filed at Docket Document No.126, Form 12 and this COS on the following:

**Served by U.S. First Class Mail**:

Mr. Richard Wetzel
51 Mazer Ave.
Pittsburgh, PA 15214

CPS Construction Group, Inc.,
 Attn.: Payroll Manager
 927 Route 910, Suite 200,
 Cheswick, PA 15024


**Served electronically by the Court only with this COS are:**

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

December 7, 2016

:
                            Respectfully Submitted,

                            /s/David A. Colecchia, Esquire
                            David A. COlecchia, Esquire
                            Law Care
                            David A. Colecchia and Associates
                            324 South Maple Ave
                            Greensburg, PA 15601
                            PA ID 71830
                            724-837-2320
                            Colecchia542@comcast.net