UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE:  Richard Scott Wetzel, | Case No. 14-25032-CMB |
| Debtors, | Document No. 147 |
| | Related to Document No. 146 |
| Richard Scott Wetzel and Ronda Winnecour, Chapter 13 Trustee | Fifth Amended Motion WO-1 |
| xxx-xx-1887 | |
| Movants, | |
| V. | |
| CPS Construction Group, Inc. | |
| Respondents, | |

### CERTIFICATE OF SERVICE

I certify that I am at all times herein mentioned more than 18 years of age and that on the 5th day of April, 2017, I served a copy of the *Order* filed at Docket Document No.146, *Form 12* and this *COS* on the following by U.S. First Class Mail with return receipt requested and by Electronic Notification

**Parties served by U.S. First Class Mail**:

Mr. Richard Wetzel
51 Mazer Ave.
Pittsburgh, PA  15214

CPS Construction Group, Inc.
Attn.: Payroll Manager
927 Route 910, Suite 200
Cheswick, PA  15025

**Parties served electronically:**

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

April 5, 2017

Respectfully Submitted,
/s/David A. Colecchia, Esquire
David A. Colecchia, Esquire
Law Care
David A. Colecchia and Associates
324 South Maple Ave
Greensburg, PA 15601
PA ID 71830
724-837-2320
Colecchia542@comcast.net