UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE:  Richard Scott Wetzel,<br>　　　　　　　Debtors, | Case No. 14-25032-CMB<br>Related to Docket Document |
| Richard Scott Wetzel and Ronda Winnecour, Chapter 13 Trustee<br>xxx-xx-1887<br>　　　　　　　Movants,<br>　V.<br>CPS Construction Group, Inc.<br>　　　　　　　Respondents, | Docket Document No.　145<br><br>Fifth Amended Motion WO-1 |

### EX-PARTE ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

　　　The above~named Debtor(s) having filed a Chapter 13 petition and Debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 Plan:
　　　IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor receives income:

**CPS Construction Group, Inc., Attn.: Payroll Manager, 927 Route 910, Suite 200, Cheswick, PA 15024**

shall deduct from that income the sum of **$471.00 weekly**, beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

　　　RONDA J. WINNECOUR
　　　CHAPTER 13 TRUSTEE, W.D. PA.
　　　P.O. Box 84051
　　　Chicago, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PUREOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above~named entity in this case. IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

DATED this ___5th___ day of __April, 2017__

_Carlota M. Böhm_
United States Bankruptcy Judge    **dms**

FILED
4/5/17 11:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

　　　IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 14-25032-CMB
Richard Scott Wetzel                                                            Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw                  Page 1 of 1              Date Rcvd: Apr 05, 2017
                              Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2017.
db            +Richard Scott Wetzel,   51 Mazer Ave.,   Pittsburgh, PA 15214-1117
              +CPS Construction Group, Inc.,   Atten: Payroll Admin.,   927 Route 910,   Suite 200,
                Cheswick, PA 15024-4022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2017 at the address(es) listed below:
     Barbara A. Fein    on behalf of Creditor    Toyota Motor Credit Corporation juliep@lobaf.com, lawofficeofbarbarafein@gmail.com
     David A. Colecchia    on behalf of Debtor Richard Scott Wetzel colecchia542@comcast.net, dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us
     David A. DeFlece    on behalf of Creditor    OCWEN LOAN SERVICING, LLC ddeflece@blankrome.com
     James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
     Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
     Jeffrey R. Hunt    on behalf of Creditor    Township of Ross jhunt@grblaw.com, cnoroski@grblaw.com
     Jeffrey R. Hunt    on behalf of Creditor    North Hills School District jhunt@grblaw.com, cnoroski@grblaw.com
     Martin A. Mooney    on behalf of Creditor    Toyota Motor Credit Corporation tshariff@schillerknapp.com, tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Peter J. Ashcroft    on behalf of Creditor    Toyota Motor Credit Corporation pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                         TOTAL: 11