IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Richard Scott Wetzel,<br>    Debtor<br><br>David A. Colecchia,<br>    Movant<br><br>    vs.<br><br>Allegheny County Treasurer, American InfoSource LP as agent for Midland Funding LLC, Calvary Portfolio Services, Capital One Cavalry SPV I, LLC, City National Bank/Ocwen Loan Service, County of Allegheny c/o Goehring Rutter & Boehm, Credit Collections Svc, Credit Collections USA GECRB/Care, Credit Hudson and Keyse assignee of National City Bank, IC System Jefferson, Capital Systems, Jefferson Capital Systems, LLC, Jordan Tax Service LITTON LOAN SERVICING LP Midland Funding North Hills School District/Ross Twp., c/o Jordan's Tax Service Inc. North Hills SD c/o Goehring Rutter & Boehm Portfolio Recovery Associates, LLC Quantum3 Group LLC as agent for Galaxy International Purchasing LLC, Township of Ross c/o Goehring Rutter, & Boehm, Toyota Motor Credit Corporation, Toyota Motors, and Ronda Winnecour Chapter 13 Trustee<br>    Respondents | Bankruptcy Case No.: 14-25032-CMB<br><br>Chapter: 13<br><br>Docket Doc. No. 149<br>Related to DD No. 139, 140<br>Hearing Date:  April 12, 2017<br>    Hearing Time: 10:00 AM |

**CERTIFICATE OF NO OBJECTION TO APPLICATION FOR COMPENSATION**

The undersigned hereby certifies that, as of April 9, 2017, no answer, objection or other responsive pleading to the Application for Interim Compensation filed March 16, 2017 and served March 16, 2017 has been received.  The undersigned further certifies that the Court's Docket in this case was reviewed on April 9, 2017 at 11:40 AM and no answer, objection or other responsive pleading to it appears thereon.  Pursuant to the Notice of Hearing filed at DD No. 140, objections to the motion were to be filed and served no later than April 3, 2017.

It is hereby respectfully requested that the Proposed Order of Court filed at Docket Document No. 199 is implemented and the Application for compensation granted.

Dated: April 9, 2017        By:        /s/ David A. Colecchia
                                                      David A. Colecchia, Esquire
                                                      Law Care
                                                      324 S. Maple Ave.
                                                      Greensburg, PA 15601-3219
                                                      (724) 837-2320
                                                      PA ID No. 71830
                                                      Colecchia542@comcast.net