# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Richard Scott Wetzel,<br>      Debtor<br><br>David A. Colecchia,<br>      Movant<br><br>      vs.<br><br>Allegheny County Treasurer, American InfoSource LP as agent for Midland Funding LLC, Calvary Portfolio Services, Capital One Cavalry SPV I, LLC, City National Bank/Ocwen Loan Service, County of Allegheny c/o Goehring Rutter & Boehm, Credit Collections Svc, Credit Collections USA GECRB/Care, Credit Hudson and Keyse assignee of National City Bank, IC System Jefferson, Capital Systems, Jefferson Capital Systems, LLC, Jordan Tax Service LITTON LOAN SERVICING LP Midland Funding North Hills School District/Ross Twp., c/o Jordan's Tax Service Inc. North Hills SD c/o Goehring Rutter & Boehm Portfolio Recovery Associates, LLC Quantum3 Group LLC as agent for Galaxy International Purchasing LLC, Township of Ross c/o Goehring Rutter, & Boehm, Toyota Motor Credit Corporation, Toyota Motors, and Ronda Winnecour Chapter 13 Trustee<br>      Respondents | Bankruptcy Case No.: 14-25032-CMB<br><br>Chapter: 13<br><br>Docket Doc. No. 151<br>Related to DD No. 149,139,140<br>Hearing Date: April 12, 2017<br>    Hearing Time: 10:00 AM |

**CERTIFICATE OF SERVICE:**
**Certificate of No Objection for Final Fee Petition and  this Certificate of Service**

**I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on  April 10, 2017**

**See Attached List**

**The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: Prepaid United States First Class Mail containing a request for return of service address**
**If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will**

**be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."**
**Service by First Class Mail:**

IC System
Attn.: Bankruptcy
444 Highway 96 East
P.O. Box 64378
St. Paul, MN 55164-0378

Jefferson Capital Systems, LLC
P.O. Box 7999
St. Cloud, MN 56302-7999

Jordan Tax Services
P.O. Box 200
Bethel Park, PA 15102

Litton Loan Servicing, LP
4828 Loop Central Dr., Suite 200
Houston, TX 77081

Midland Funding
8875 Aero Drive, Suite 200
San Diego, CA 92123

American InfoSource LP as agent for
Midland Funding LLC
PO Box 268941
Oklahoma City, OK 73126-8941  `
Credit Collections USA
CCUSA/Attn: Bankruptcy
16 Distributor Dr., Suite 1
Morgantown, WV 26501

Calvary Portfolio Services
Attn: Karen A. Borgatti
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Capital One
Attn: Bankruptcy
701 East 60th Street
Sioux Falls, SD 57104

**Service by Electronic Notification:**

Peter J. Ashcroft on behalf of Creditor Toyota Motor Credit Corporation
pashcroft@bernsteinlaw.com,
ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com

David A. DeFlece on behalf of Creditor OCWEN LOAN SERVICING, LLC
ddeflece@blankrome.com

Barbara A. Fein on behalf of Creditor Toyota Motor Credit Corporation
juliep@lobaf.com, lawofficeofbarbarafein@gmail.com

Jeffrey R. Hunt on behalf of Creditor Allegheny County
jhunt@grblaw.com, cnoroski@grblaw.com

Jeffrey R. Hunt on behalf of Creditor North Hills School District
jhunt@grblaw.com, cnoroski@grblaw.com

Jeffrey R. Hunt on behalf of Creditor Township of Ross
jhunt@grblaw.com, cnoroski@grblaw.com

Martin A. Mooney on behalf of Creditor Toyota Motor Credit Corporation
tshariff@schillerknapp.com, tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com

Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov

James Warmbrodt on behalf of Creditor Toyota Motor Credit Corporation;
bkgroup@kmllawgroup.com

Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com

James Hancock on behalf of Portfolio Recovery Associates; Bankruptcy_Info@portfoliorecovery.com

Steven G. Kane for Quantum3 Group LLC.; claims@quantum3group.com

EXECUTED ON: April 10, 2017

                                                /s/David A. Colecchia, Esquire
                                                 (Signature)
                                              David A. Colecchia
                                              David A. Colecchia & Associates
                                              Law Care
                                              324 S. Maple Ave.
                                              Greensburg, PA 15601
                                              724-837-2320 PA ID 71830
                                              colecchia542@comcast.net