**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

10/11/2019

IN RE:

RICHARD SCOTT WETZEL
51 MAZER AVE.
PITTSBURGH, PA 15214
XXX-XX-1887          Debtor(s)

Case No. 14-25032 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/11/2019

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **COUNTY OF ALLEGHENY (R/E TAX)*** <br> %JORDAN TAX SVC-CUR/DLNQ CLCTR <br> POB 200 <br> BETHEL PARK, PA  15102 | Trustee Claim Number:1   INT %: 12.00% <br> Court Claim Number:6 <br> CLAIM:  1,315.36 <br> COMMENT: C6GOV*$CL-PL@10%TTL/PL@12*W19 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 162J271;12-14 |
| **OCWEN LOAN SERVICING LLC(*)** <br> ATTN CASHIERING DEPT <br> 1661 WORTHINGTON RD STE 100 <br> WEST PALM BEACH, FL  33409-6493 | Trustee Claim Number:2   INT %: 0.00% <br> Court Claim Number:NC <br> CLAIM:  0.00 <br> COMMENT: SATISFIED/SETTLEMENT*DISPUTED/SCH*CITY NATIONAL BANK*DK | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 5602 |
| **NORTH HILLS SD (ROSS)-R/E TAX** <br> C/O JORDAN TAX SVC- DELNQ CLLC <br> 102 RAHWAY RD <br> MCMURRAY, PA  15317 | Trustee Claim Number:3   INT %: 10.00% <br> Court Claim Number:7 <br> CLAIM:  5,382.65 <br> COMMENT: C7GOV*$CL-PL@10%TTL/PL@09, 13*DKT*W20 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 162J271;12-14 |
| **NORTH HILLS SD (ROSS)-R/E TAX** <br> C/O JORDAN TAX SVC- DELNQ CLLC <br> 102 RAHWAY RD <br> MCMURRAY, PA  15317 | Trustee Claim Number:4   INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT: TTL 2312.48/PL@10%*DKT*COMB@CID 3 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 51 MAZER AVE PITTSBURGH |
| **TOYOTA MOTOR CREDIT CORP (TMCC)** <br> POB 9490** <br> CEDAR RAPIDS, IA  52409-9490 | Trustee Claim Number:5   INT %: 5.00% <br> Court Claim Number:2 <br> CLAIM:  8,666.03 <br> COMMENT: 5%/CONF*$CL-PL@3%MDF/PL*W25*DKT!! | CRED DESC: VEHICLE <br> ACCOUNT NO.: 027AZ676947 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)** <br> C/O CAVALRY PORTFOLIO SERVICES LLC* <br> PO BOX 27288 <br> TEMPE, AZ  85282 | Trustee Claim Number:6   INT %: 0.00% <br> Court Claim Number:1 <br> CLAIM:  468.76 <br> COMMENT: HSBC/CAPITAL ONE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ...8202 |
| **CAPITAL ONE(*)** <br> 6125 LAKEVIEW RD STE 800 <br> CHARLOTTE, NC  28269 | Trustee Claim Number:7   INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ...0698 |
| **CREDIT COLLECTION SERVICE** <br> POB 773 <br> NEEDHAM, MA  02494 | Trustee Claim Number:8   INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT: NATIONWIDE INSURANCE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ...1567 |
| **CREDIT COLLECTIONS USA** <br> 16 DISTRIBUTOR DRIVE <br> STE 1 <br> MORGANTOWN, PA  26501-7209 | Trustee Claim Number:9   INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT: TRI SURGICAL ASSOC*DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ...1801 |
| **PRA/PORTFOLIO RECOVERY ASSOC** <br> POB 12914 <br> NORFOLK, VA  23541 | Trustee Claim Number:10  INT %: 0.00% <br> Court Claim Number:10 <br> CLAIM:  584.21 <br> COMMENT: CARE CREDIT/SYNCHRONY | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ...0511 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN  55164 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  BANFIELD PET HOSP*DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...9001 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  FINGERHUT*DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...4003 |
| **AMERICAN INFOSOURCE LP AGENT - MIDLAND**<br>PO BOX 268941<br>OKLAHOMA CITY, OK  73126-8941 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  809.55<br>COMMENT:  CREDIT ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...5166 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  21,013.45<br>COMMENT:  C4GOV@SPECclass@0%MDF/PL*NT/SCH*BENEFICIAL*DK | CRED DESC:  UNSECURED   (S)<br>ACCOUNT NO.: 3220 |
| **OCWEN LOAN SERVICING LLC(*)**<br>ATTN CASHIERING DEPT<br>1661 WORTHINGTON RD STE 100<br>WEST PALM BEACH, FL  33409-6493 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:NC<br>CLAIM:  0.00<br>COMMENT:  SATISFIED/SETTLEMENT*30K/CL*DISPUTED/SCH*CITY NATIONAL BANK*DK | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.: 5602 |
| **JEFFREY R HUNT ESQ**<br>GOEHRING ET AL<br>437 GRANT ST 14TH FL<br>PITTSBURGH, PA  15219-6107 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  TWNSHP OF ROSS/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **OCWEN LOAN SERVICING LLC(*)**<br>ATTN CASHIERING DEPT<br>1661 WORTHINGTON RD STE 100<br>WEST PALM BEACH, FL  33409-6493 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:NC<br>CLAIM:  8,432.10<br>COMMENT:  SATISFIED/SETTLEMENT*DISPUTED/SCH*CITY NATIONAL BANK*DK | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5602 |
| **QUANTUM3 GRP LLC AGNT - GALAXY INTL PUR**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  945.38<br>COMMENT:  NT/SCH*MID AMERICA/GENESIS CREDIT*CHG OFF 2/26/2014~INSUFF POD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1939 |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:6<br>CLAIM:  552.75<br>COMMENT:  C6GOV*$CL-PL@10%TTL/PL@12*W1 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 162J271;12-14*NON INT |
| **NORTH HILLS SD (ROSS)-R/E TAX**<br>C/O JORDAN TAX SVC- DELNQ CLLC<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  5,630.29<br>COMMENT:  C7GOV*$CL-PL@10%TTL/PL@09, 13*DKT*W3 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 162J271;12-14*NON INT |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **TOWNSHIP OF ROSS-R/E TAX**<br>C/O JORDAN TAX SVC-DELQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:21  INT %: 10.00%<br>Court Claim Number:8<br>CLAIM: 1,043.57<br>COMMENT: C8GOV*$CL-PL@10%TTL/PL*NT/SCH*W22 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 162J271;09, 12-14 |
| **TOWNSHIP OF ROSS-R/E TAX**<br>C/O JORDAN TAX SVC-DELQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 625.19<br>COMMENT: C8GOV*$CL-PL@10%TTL/PL*NT/SCH*W21 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 162J271;09, 12-14*NON INT |
| **TOWNSHIP OF ROSS - SEWAGE**<br>C/O JORDAN TAX SVC-DELQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:23  INT %: 10.00%<br>Court Claim Number:9<br>CLAIM: 168.30<br>COMMENT: C9GOV* 178.27 CL-PL@10%TTL/PL*NT/SCH*W24*PIF/CR/RFND | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 162J271;14 |
| **TOWNSHIP OF ROSS - SEWAGE**<br>C/O JORDAN TAX SVC-DELQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 0.00<br>COMMENT: C9GOV*8.13/CL-PL@10%TTL/PL*NT/SCH*W23*PIF/CR/RND | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 162J271;14*NON INT |
| **TOYOTA MOTOR CREDIT CORP (TMCC)**<br>POB 9490**<br>CEDAR RAPIDS, IA  52409-9490 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 451.00<br>COMMENT: ATTY FEES/COE-CONF*W5*NT PROV/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 027AZ676947 |
| **BARBARA A FEIN ESQ**<br>LAW OFFICES OF BARBARA A FEIN PC*<br>721 DRESHER RD STE 1050<br>HORSHAM, PA  19044 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TOYOTA MOTOR CREDIT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JOSEPH BACHMEYER AND BARBARA BACHMEYER**<br>6971 OAKSTONE PLACE<br>CHARLOTTE, NC  28210 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:NCF<br>CLAIM: 0.00<br>COMMENT: PMT/PL~BGN 3-16*261.22x46REM+2=LMT*NT/SCH*DK*NO ACCT NUMBER*DKT | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0001 |
| **HUDSON & KEYSE LLC**<br>PO BOX 724768<br>ATLANTA, GA  31139-1768 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:NONE<br>CLAIM: 0.00<br>COMMENT: 2B AVD/PL*NT/SCH*DK | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | Trustee Claim Number:29  INT %: 12.00%<br>Court Claim Number:<br>CLAIM: 457.39<br>COMMENT: PLGOV/CONF*$@10%/PL*2015/PL*DK*YR NT/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: J271 |
| **NORTH HILLS SD (ROSS)-R/E TAX**<br>C/O JORDAN TAX SVC- DELNQ CLLC<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:30  INT %: 10.00%<br>Court Claim Number:<br>CLAIM: 4,344.60<br>COMMENT: $@10%/PL*2015-16/PL~POSTPET*YR NT/SCH | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: J271 |