UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: Richard Scott Wetzel,<br>　　　　　　Debtors, | Case No. 14-25032-CMB<br><br>Chapter 13 |
| Richard Scott Wetzel and Ronda Winnecour, Chapter 13 Trustee<br>xxx-xx-1887<br>　　　　　　Movants,<br>　　V.<br>CPS Construction Group, Inc.<br>　　　　　　Respondents, | Docket Doc. No. 160<br><br>Related to Doc No. 159 |

## CERTIFICATE OF SERVICE

of *Order to Stop Payroll Deductions* at DOC 159

　　　I certify under penalty of perjury that I served the above captioned Pleading and this Certificate of Service on the parties at the addresses specified below on February 14, 2020.

　　　The types of service made on the parties were by United States First Class Mail and by Electronic Notification.

**Service by USPS Mail:**

CPS Construction Group, Inc.,　　　　　Richard Wetzel
Attn.: Payroll Manager　　　　　　　　51 Mazer Ave.
927 Route 910　　　　　　　　　　　　Pittsburgh, PA 15214
Suite 200
Cheswick, PA 15024

**Service by Electronic Notification:**
Ronda J. Winnecour:　cmecf@chapter13trusteewdpa.com
Office of the United States Trustee:　ustpregion03.pi.ecf@usdoj.gov

**EXECUTED ON:** February 14, 2020　　　　　By:/s/David A. Colecchia
　　　　　　　　　　　　　　　　　　　　David A. Colecchia, Esquire
　　　　　　　　　　　　　　　　　　　　Law Care
　　　　　　　　　　　　　　　　　　　　David A. Colecchia and Associates
　　　　　　　　　　　　　　　　　　　　324 S. Maple Ave
　　　　　　　　　　　　　　　　　　　　Greensburg, PA 15601
　　　　　　　　　　　　　　　　　　　　PA ID. 71830
　　　　　　　　　　　　　　　　　　　　TEL: 724-837-2320
　　　　　　　　　　　　　　　　　　　　FAX: 724-837-0602-fax
　　　　　　　　　　　　　　　　　　　　dcolecchia@my-lawyers.us