**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| RICHARD SCOTT WETZEL | Case No.14-25032CMB |
| Debtor(s) | |
| Ronda J. Winnecour, Trustee | |
| Movant | Chapter 13 |
| vs. | |
| RICHARD SCOTT WETZEL | |
| | Document No._____ 158 |
| Respondents | |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this _____12th___ day of February , 2020, it is hereby ORDERED, ADJUDGED, and DECREED that,

Cps Consturction Group
Attn : Payroll Manager
927 Rte 910
Ste 200
Cheswick,PA 15024

is hereby ordered to immediately terminate the attachment of the wages of RICHARD SCOTT

WETZEL, social security number XXX-XX-1887.  No future payments are to be sent to Ronda J.

Winnecour, Trustee on behalf of RICHARD SCOTT WETZEL.

*Carlota M. Böhm*    **dmk**

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
2/12/20 1:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 14-25032-CMB
Richard Scott Wetzel                                                                Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1              Date Rcvd: Feb 12, 2020
                             Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2020.
db             +Richard Scott Wetzel,   51 Mazer Ave.,  Pittsburgh, PA 15214-1117
               +CPS Construction Group,   Atten: Payroll,  927 Rte 910 , Suite 200,   Cheswick, PA 15024-4022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2020 at the address(es) listed below:
          Barbara A. Fein   on behalf of Creditor   Toyota Motor Credit Corporation bfein@sanddlawyers.com,
           mhanford@sanddlawyers.com
          David A. Colecchia   on behalf of Debtor Richard Scott Wetzel colecchia542@comcast.net,
           dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
           lock@my-lawyers.us
          David A. DeFlece   on behalf of Creditor     OCWEN LOAN SERVICING, LLC ddeflece@blankrome.com
          James Warmbrodt   on behalf of Creditor     Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Jeffrey R. Hunt   on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
          Jeffrey R. Hunt   on behalf of Creditor    Township of Ross jhunt@grblaw.com,  cnoroski@grblaw.com
          Jeffrey R. Hunt   on behalf of Creditor    North Hills School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Martin A. Mooney   on behalf of Creditor     Toyota Motor Credit Corporation
           kcollins@schillerknapp.com,  acarmany@schillerknapp.com;bfisher@schillerknapp.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor    Toyota Motor Credit Corporation
           pashcroft@bernsteinlaw.com,  ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                    TOTAL: 11