**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Richard Scott Wetzel**
Debtor(s)

Bankruptcy Case No.: 14−25032−CMB

Chapter: 13
Docket No.: 163 − 162

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 25th of February, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 4/10/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/29/20 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **4/10/20.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-25032-CMB
Richard Scott Wetzel                                                      Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 2              Date Rcvd: Feb 25, 2020
                              Form ID: 408            Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2020.
```
db             +Richard Scott Wetzel,    51 Mazer Ave.,    Pittsburgh, PA 15214-1117
13975486        Allegheny County Treasurer,    P.O. Box 643385,    Pittsburgh, PA 15264-3385
13975488       +Capital One,    701 East 60th Street,    Sioux Falls, SD 57104-0432
13975489       +City National Bank/Ocwen Loan Service,    Attn: Bankruptcy,    P.O. Box 24738,
                 West Palm Beach, FL 33416-4738
14006870       +County of Allegheny,   c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13975493       +IC System,    Attn: Bankruptcy,    444 Highway 96 East; P. O. Box 64378,
                 St. Paul, MN 55164-0378
13975495        Jordan Tax Service,    P.O. Box 200,    Bethel Park, PA 15102-0200
13975496       +LITTON LOAN SERVICING, LP,    4828 Loop Central Drive, Suite 104,    HOUSTON, TX 77081-2193
13975497        Midland Funding LLC,    227 West Trade Street, Suite 1610,    Charlotte, NC 28202-1676
14006893       +North Hills SD,   c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13975498       +North Hills School District/Ross Twp.,    c/o Jordan's Tax Service Inc.,    102 Rahway Road,
                 Canonsburg, PA 15317-3349
13978530       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Motor Credit Corporation,    PO BOX 8026,
                 Cedar Rapids, Iowa 52408-8026)
14006894       +Township of Ross,   c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13975499       +Toyota Motors,    Toyota Financial Services,    P. O. Box 8026,    Cedar Rapids, IA 52408-8026
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13985374        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 26 2020 03:23:51
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13975487       +E-mail/Text: bankruptcy@cavps.com Feb 26 2020 03:07:45     Calvary Portfolio Services,
                 Attention:  Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-2321
13975492        E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2020 03:23:40     Care Credit,   P. O. Box 965060,
                 Orlando FL 32896-5060
13976384       +E-mail/Text: bankruptcy@cavps.com Feb 26 2020 03:07:45     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13975490       +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 26 2020 03:08:02
                 Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
13975491       +E-mail/Text: ccusa@ccuhome.com Feb 26 2020 03:07:04     Credit Collections USA,
                 CCUSA/Attn:Bankruptcy,    16 Distributor DrIve Suite 1,    Morgantown, WV 26501-7209
13975494        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 26 2020 03:07:41     Jefferson Capital Systems,
                 16 Mcleland Road,    Saint Cloud, MN 56303
13988253        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 26 2020 03:07:41     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
14042180        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 26 2020 03:23:41
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13989017        E-mail/Text: bnc-quantum@quantum3group.com Feb 26 2020 03:07:21
                 Quantum3 Group LLC as agent for,    Galaxy International Purchasing LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              North Hills School District
cr              OCWEN LOAN SERVICING, LLC
cr              Township of Ross
cr              Toyota Motor Credit Corporation
                                                                                   TOTALS: 5, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2              User: dsaw                    Page 2 of 2                   Date Rcvd: Feb 25, 2020
                                  Form ID: 408                  Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2020 at the address(es) listed below:
              Barbara A. Fein    on behalf of Creditor    Toyota Motor Credit Corporation bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com
              David A. Colecchia     on behalf of Debtor Richard Scott Wetzel colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              David A. DeFlece    on behalf of Creditor    OCWEN LOAN SERVICING, LLC ddeflece@blankrome.com
              James  Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Ross jhunt@grblaw.com,   cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    North Hills School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
              Martin A. Mooney     on behalf of Creditor    Toyota Motor Credit Corporation
               kcollins@schillerknapp.com,   lgadomski@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Toyota Motor Credit Corporation
               pashcroft@bernsteinlaw.com,   ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 11
```