**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RICHARD SCOTT WETZEL<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:14-25032<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 25, 2020

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/31/2014 and confirmed on 2/17/15 . The case was subsequently       Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 104,019.00 |
| Less Refunds to Debtor | 6,976.80 | |
| TOTAL AMOUNT OF PLAN FUND | | 97,042.20 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 13,842.00 | |
|    Trustee Fee | 4,355.18 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 18,197.18 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   OCWEN LOAN SERVICING LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5602 | | | | |
|   OCWEN LOAN SERVICING LLC(*) | 8,432.10 | 8,432.10 | 0.00 | 8,432.10 |
|     Acct: 5602 | | | | |
|   JOSEPH BACHMEYER AND BARBARA BA | 0.00 | 12,538.56 | 0.00 | 12,538.56 |
|     Acct: 0001 | | | | |
|   HUDSON & KEYSE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   OCWEN LOAN SERVICING LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5602 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 1,315.36 | 1,315.36 | 764.87 | 2,080.23 |
|     Acct: XXXXXXXX2-14 | | | | |
|   NORTH HILLS SD (ROSS) (RE) | 5,382.65 | 5,382.65 | 1,791.60 | 7,174.25 |
|     Acct: XXXXXXXX2-14 | | | | |
|   NORTH HILLS SD (ROSS) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXX, 13 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 552.75 | 552.75 | 0.00 | 552.75 |
|     Acct: XXXXXXXXXXXXXXXX INT | | | | |
|   NORTH HILLS SD (ROSS) (RE) | 5,630.29 | 5,630.29 | 0.00 | 5,630.29 |
|     Acct: XXXXXXXXXXXXXXXX INT | | | | |
|   TOWNSHIP OF ROSS (RE) | 1,043.57 | 1,043.57 | 282.79 | 1,326.36 |
|     Acct: XXXXXXXXXXXX2-14 | | | | |
|   TOWNSHIP OF ROSS (RE) | 625.19 | 625.19 | 0.00 | 625.19 |
|     Acct: XXXXXXXXXXXXXXXXXXX INT | | | | |
|   TOWNSHIP OF ROSS - SEWAGE | 168.30 | 168.30 | 48.68 | 216.98 |
|     Acct: XXXXXX1;14 | | | | |
|   TOWNSHIP OF ROSS - SEWAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXX INT | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 457.39 | 457.39 | 54.97 | 512.36 |
|     Acct: J271 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 8,666.03 | 8,666.03 | 1,097.37 | 9,763.40 |
|     Acct: XXXXXXX6947 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 451.00 | 451.00 | 0.00 | 451.00 |
|     Acct: XXXXXXX6947 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | | | | 49,303.47 |
| **Priority** | | | | |
| DAVID A COLECCHIA ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RICHARD SCOTT WETZEL<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RICHARD SCOTT WETZEL<br>Acct: | 6,976.80 | 6,976.80 | 0.00 | 0.00 |
| LAW CARE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DAVID A COLECCHIA ESQ<br>Acct: | 3,310.00 | 3,310.00 | 0.00 | 0.00 |
| DAVID A COLECCHIA ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DAVID A COLECCHIA ESQ<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX3-17 | 10,532.00 | 10,532.00 | 0.00 | 0.00 |
| DAVID A COLECCHIA ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| NORTH HILLS SD (ROSS) (RE)<br>Acct: J271 | 4,344.60 | 4,344.60 | 1,375.60 | 5,720.20 |
| | | | | 5,720.20 |
| **Unsecured** | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*)<br>Acct: 3220 | 21,013.45 | 21,013.45 | 0.00 | 21,013.45 |
| CAVALRY SPV I LLC - ASSIGNEE(*)<br>Acct: 8202 | 468.76 | 468.76 | 0.00 | 468.76 |
| CAPITAL ONE(*)<br>Acct: XXX0698 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICE<br>Acct: XXX1567 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT COLLECTIONS USA<br>Acct: XXX1801 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: XXX0511 | 584.21 | 584.21 | 0.00 | 584.21 |
| IC SYSTEM INC<br>Acct: XXX9001 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: XXX4003 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT - MI<br>Acct: 5166 | 809.55 | 809.55 | 0.00 | 809.55 |
| QUANTUM3 GRP LLC AGNT - GALAXY IN<br>Acct: 1939 | 945.38 | 945.38 | 0.00 | 945.38 |
| JEFFREY R HUNT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BARBARA A FEIN ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 23,821.35 |

TOTAL PAID TO CREDITORS                                                                      78,845.02

```
TOTAL
CLAIMED           4,344.60
PRIORITY         32,724.63
SECURED          23,821.35
```

Date: 02/25/2020                              /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  RICHARD SCOTT WETZEL<br><br>            Debtor(s)<br><br>  Ronda J. Winnecour<br>            Movant<br>         vs.<br>  No Repondents. | Case No.:14-25032<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                            BY THE COURT:

                                                            _____
                                                            U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 14-25032-CMB
Richard Scott Wetzel                                                            Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 2              Date Rcvd: Feb 25, 2020
                              Form ID: pdf900         Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2020.
```
db            +Richard Scott Wetzel,   51 Mazer Ave.,   Pittsburgh, PA 15214-1117
13975486       Allegheny County Treasurer,   P.O. Box 643385,   Pittsburgh, PA 15264-3385
13975488      +Capital One,   701 East 60th Street,   Sioux Falls, SD 57104-0432
13975489      +City National Bank/Ocwen Loan Service,   Attn: Bankruptcy,   P.O. Box 24738,
               West Palm Beach, FL 33416-4738
14006870      +County of Allegheny,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
13975493      +IC System,   Attn: Bankruptcy,   444 Highway 96 East; P. O. Box 64378,
               St. Paul, MN 55164-0378
13975495       Jordan Tax Service,   P.O. Box 200,   Bethel Park, PA 15102-0200
13975496      +LITTON LOAN SERVICING, LP,   4828 Loop Central Drive, Suite 104,   HOUSTON, TX 77081-2193
13975497       Midland Funding LLC,   227 West Trade Street, Suite 1610,   Charlotte, NC 28202-1676
14006893      +North Hills SD,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
13975498      +North Hills School District/Ross Twp.,   c/o Jordan's Tax Service Inc.,   102 Rahway Road,
               Canonsburg, PA 15317-3349
13978530     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court:   Toyota Motor Credit Corporation,   PO BOX 8026,
               Cedar Rapids, Iowa 52408-8026)
14006894      +Township of Ross,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
13975499      +Toyota Motors,   Toyota Financial Services,   P. O. Box 8026,   Cedar Rapids, IA 52408-8026
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13985374       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 26 2020 03:20:47
               American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
               Oklahoma City, OK  73126-8941
13975487      +E-mail/Text: bankruptcy@cavps.com Feb 26 2020 03:07:44     Calvary Portfolio Services,
               Attention:  Bankruptcy Department,   500 Summit Lake Dr. Suite 400,   Valhalla, NY 10595-2321
13975492       E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2020 03:23:36     Care Credit,   P. O. Box 965060,
               Orlando FL 32896-5060
13976384      +E-mail/Text: bankruptcy@cavps.com Feb 26 2020 03:07:44     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
13975490      +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 26 2020 03:08:02
               Credit Collections Svc,   Po Box 773,   Needham, MA 02494-0918
13975491      +E-mail/Text: ccusa@ccuhome.com Feb 26 2020 03:07:04     Credit Collections USA,
               CCUSA/Attn:Bankruptcy,   16 Distributor DrIve Suite 1,   Morgantown, WV 26501-7209
13975494       E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 26 2020 03:07:40     Jefferson Capital Systems,
               16 Mcleland Road,   Saint Cloud, MN 56303
13988253       E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 26 2020 03:07:41     Jefferson Capital Systems LLC,
               Po Box 7999,   Saint Cloud Mn 56302-9617
14042180       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 26 2020 03:22:09
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13989017       E-mail/Text: bnc-quantum@quantum3group.com Feb 26 2020 03:07:21
               Quantum3 Group LLC as agent for,   Galaxy International Purchasing LLC,   PO Box 788,
               Kirkland, WA  98083-0788
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr             Allegheny County
cr             North Hills School District
cr             OCWEN LOAN SERVICING, LLC
cr             Township of Ross
cr             Toyota Motor Credit Corporation
                                                                                   TOTALS: 5, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: dsaw              Page 2 of 2           Date Rcvd: Feb 25, 2020
                              Form ID: pdf900         Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2020 at the address(es) listed below:
              Barbara A. Fein    on behalf of Creditor    Toyota Motor Credit Corporation bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com
              David A. Colecchia     on behalf of Debtor Richard Scott Wetzel colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              David A. DeFlece    on behalf of Creditor    OCWEN LOAN SERVICING, LLC ddeflece@blankrome.com
              James Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Ross jhunt@grblaw.com,    cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    North Hills School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
              Martin A. Mooney    on behalf of Creditor    Toyota Motor Credit Corporation
               kcollins@schillerknapp.com,   lgadomski@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Toyota Motor Credit Corporation
               pashcroft@bernsteinlaw.com,   ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 11
```