# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 14-25032-CMB |
| Richard Scott Wetzel | : | Chapter 13 |
| | : | |
| Debtor(s) | : | |

## NOTICE OF
## CHANGE OF ADDRESS

Undeliverable Address

    Creditor Name:    Litton Loan Servicing, LP
    Incorrect Address:    4828 Loop Central Drive, Suite 104
                                  Houston, TX 77081-2193

Corrected Address:

    Creditor Name:    Litton Loan Servicing, LP
                            4828 Loop Central Drive, Suite 600
                            Houston, TX 77081

                                                  /s/David A. Colecchia, Esquire
Dated: March 29, 2020                     Electronic Signature of Debtor(s)' Attorney
                                                  Law Care
                                                  David A. Colecchia and Associates
                                                  324 South Maple Ave.
                                                  Greensburg, PA 15601
                                                  724-837-2320
                                                  PA Bar I.D. 71830
                                                  dcolecchia@my-lawyers.us