| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Richard Scott Wetzel** | | Social Security number or ITIN | **xxx–xx–1887** |
| | First Name    Middle Name    Last Name | | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | | Social Security number or ITIN   _ _ _ _ | |
| | | | EIN   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | | | |
| Case number:  **14–25032–CMB** | | | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Richard Scott Wetzel

4/13/20

**By the court:**      Carlota M. Bohm
                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-25032-CMB
Richard Scott Wetzel                                                  Chapter 13
      Debtor

**CERTIFICATE OF NOTICE**

District/off: 0315-2          User: dkam          Page 1 of 2          Date Rcvd: Apr 13, 2020
                             Form ID: 3180W       Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2020.
db          +Richard Scott Wetzel,    51 Mazer Ave.,   Pittsburgh, PA 15214-1117
13975486     Allegheny County Treasurer,    P.O. Box 643385,   Pittsburgh, PA 15264-3385
13975488    +Capital One,    701 East 60th Street,   Sioux Falls, SD 57104-0432
13975489    +City National Bank/Ocwen Loan Service,    Attn: Bankruptcy,   P.O. Box 24738,
             West Palm Beach, FL 33416-4738
14006870    +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
             Pittsburgh, PA 15219-6101
13975495     Jordan Tax Service,    P.O. Box 200,   Bethel Park, PA 15102-0200
13975496    +LITTON LOAN SERVICING, LP,    4828 Loop Central Drive, Suite 600,   HOUSTON, TX 77081-1246
13975497     Midland Funding LLC,    227 West Trade Street, Suite 1610,   Charlotte, NC 28202-1676
14006893    +North Hills SD,   c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
             Pittsburgh, PA 15219-6101
13975498    +North Hills School District/Ross Twp.,    c/o Jordan's Tax Service Inc.,   102 Rahway Road,
             Canonsburg, PA 15317-3349
14006894    +Township of Ross,   c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
             Pittsburgh, PA 15219-6101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 14 2020 03:37:30     Pennsylvania Dept. of Revenue,
             Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA  17128-0946
13985374     EDI: AIS.COM Apr 14 2020 07:33:00     American InfoSource LP as agent for,
             Midland Funding LLC,    PO Box 268941,   Oklahoma City, OK  73126-8941
13975487    +E-mail/Text: bankruptcy@cavps.com Apr 14 2020 03:37:39     Calvary Portfolio Services,
             Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,   Valhalla, NY 10595-2321
13975492     EDI: RMSC.COM Apr 14 2020 07:33:00     Care Credit,   P. O. Box 965060,   Orlando FL 32896-5060
13976384    +E-mail/Text: bankruptcy@cavps.com Apr 14 2020 03:37:39     Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
13975490    +EDI: CCS.COM Apr 14 2020 07:33:00     Credit Collections Svc,   Po Box 773,
             Needham, MA 02494-0918
13975491    +EDI: CCUSA.COM Apr 14 2020 07:33:00     Credit Collections USA,    CCUSA/Attn:Bankruptcy,
             16 Distributor DrIve Suite 1,   Morgantown, WV 26501-7209
13975493    +EDI: IIC9.COM Apr 14 2020 07:33:00     IC System,   Attn: Bankruptcy,
             444 Highway 96 East; P. O. Box 64378,   St. Paul, MN 55164-0378
13975494     EDI: JEFFERSONCAP.COM Apr 14 2020 07:33:00     Jefferson Capital Systems,   16 Mcleland Road,
             Saint Cloud, MN 56303
13988253     EDI: JEFFERSONCAP.COM Apr 14 2020 07:33:00     Jefferson Capital Systems LLC,   Po Box 7999,
             Saint Cloud Mn 56302-9617
14042180     EDI: PRA.COM Apr 14 2020 07:33:00     Portfolio Recovery Associates, LLC,   POB 12914,
             Norfolk VA 23541
13989017     EDI: Q3G.COM Apr 14 2020 07:33:00     Quantum3 Group LLC as agent for,
             Galaxy International Purchasing LLC,   PO Box 788,   Kirkland, WA  98083-0788
13978530     EDI: TFSR.COM Apr 14 2020 07:33:00     Toyota Motor Credit Corporation,   PO BOX 8026,
             Cedar Rapids, Iowa 52408-8026
13975499    +EDI: TFSR.COM Apr 14 2020 07:33:00     Toyota Motors,   Toyota Financial Services,
             P. O. Box 8026,   Cedar Rapids, IA 52408-8026
                                                                                 TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Allegheny County
cr          North Hills School District
cr          OCWEN LOAN SERVICING, LLC
cr          Township of Ross
cr          Toyota Motor Credit Corporation
                                                                   TOTALS: 5, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2020                              Signature:  /s/Joseph Speetjens

District/off: 0315-2          User: dkam              Page 2 of 2              Date Rcvd: Apr 13, 2020
                             Form ID: 3180W          Total Noticed: 25

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2020 at the address(es) listed below:
          Barbara A. Fein    on behalf of Creditor    Toyota Motor Credit Corporation bfein@sanddlawyers.com,
           mhanford@sanddlawyers.com
          David A. Colecchia    on behalf of Debtor Richard Scott Wetzel colecchia542@comcast.net,
           dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
           lock@my-lawyers.us
          David A. DeFlece    on behalf of Creditor    OCWEN LOAN SERVICING, LLC ddeflece@blankrome.com
          James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Township of Ross jhunt@grblaw.com,   cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    North Hills School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
          Martin A. Mooney    on behalf of Creditor    Toyota Motor Credit Corporation
           kcollins@schillerknapp.com,   lgadomski@schillerknapp.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Toyota Motor Credit Corporation
           pashcroft@bernsteinlaw.com,   ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                        TOTAL: 11